# Kolman Ely P.C.

PENNSYLVANIA

NEW JERSEY

TRIAL LAWYERS

EST. 1991

DISTRICT OF COLUMBIA

U.S. VIRGIN ISLANDS

July 3, 2018

*VIA ECF ONLY*
Honorable Joel H. Slomsky
United States District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

RE: **Joydeep Bose v. Lane's Valley Forge Aviation, Inc. et al**
**2:16-CV-03924-JHS**
**Informal Motion to Compel**

Dear Judge Slomsky,

I am writing regarding the significant problems the Plaintiff is having regarding discovery and depositions.

Plaintiff's Interrogatories and Request for Production of Documents were sent to the defense on May 25, 2018. No extension was ever requested by the Defendants. As of the date of this letter, our discovery requests have not been answered. Despite making requests for Initial Disclosures, we still do not have them.

In addition, we have attempted to schedule the Defendant's deposition, but have received a constant run around, with no dates. Finally, we received an email demanding our client's deposition before the Defendant. I have attached this email correspondence showing our good faith attempts to schedule the Defendant's deposition.

I have also attached the cover letter to our discovery requests, dated April 30, 2018. Finally, I cannot properly complete the Defendant's deposition without the requested documents and I am at a significant disadvantage given that the Defendant has refused to give me initial disclosures.

Respectfully Submitted,

s/ *Timothy M. Kolman*
Timothy M. Kolman, Esquire

TMK/blc

(T) 215-750-3134 (F) 215-750-3138 | 414 HULMEVILLE AVENUE PENNDEL, PA 19047
KOLMANELYPC.COM

# Barbara Cook

| | |
|---|---|
| **From:** | Beasley Jr., James <Jim.Beasley@beasleyfirm.com> |
| **Sent:** | Thursday, June 28, 2018 6:39 PM |
| **To:** | Timothy Kolman |
| **Cc:** | Volpe, Janet; Barbara Cook; W. Charles Sipio; Wayne Ely; Jubb, Lane R.; Applegate, Amanda |
| **Subject:** | Re: Bose v. Lane's Valley Forge Aviation, et al. |

We are available to do Mr. Jubb's deposition the same day you can produce Mr. Bose. We will do Mr. Bose in the morning and Mr. Jubb in the afternoon. Please let us know when you can contact him and obtain dates for his deposition.

James E. Beasley Jr., M.D., LL.M.
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
215.931.2689
215.592.1523 (direct telefax)
jim.beasley@beasleyfirm.com
www.beasleyfirm.com

On Jun 28, 2018, at 13:50, Timothy Kolman <tkolman@Kolmanlaw.net> wrote:

> So when are they available exactly?
>
> **From:** Volpe, Janet [mailto:Janet.Volpe@beasleyfirm.com]
> **Sent:** Thursday, June 28, 2018 10:22 AM
> **To:** Barbara Cook
> **Cc:** Timothy Kolman; W. Charles Sipio; Wayne Ely; Jubb, Lane R.; Beasley Jr., James; Applegate, Amanda
> **Subject:** Bose v. Lane's Valley Forge Aviation, et al.
>
> Dear Ms. Cook,
>
> Mr. Beasley and Mr. Jubb are not available on any of the dates that you proposed for Mr. Jubb's deposition due to their trial schedules.
>
> Thank you.
>
> Janet Volpe
> The Beasley Firm, LLC
> Legal Assistant
> (215) 931-2665
>
> **From:** Barbara Cook [mailto:BCook@kolmanlaw.net]
> **Sent:** Thursday, June 28, 2018 9:51 AM
> **To:** Beasley Jr., James; Jubb, Lane R.
> **Cc:** Timothy Kolman; Wayne Ely; W. Charles Sipio
> **Subject:** RE: Bose v. Lane's Valley Forge Aviation, et al.

Good Morning Mr. Beasley,

I'm contacting you today to schedule the deposition for Mr. Lane Jubb, Esq. Please confirm availability on any of the following dates:

Monday, July 16th
Monday, July 23rd
Tuesday, July 24th
Wednesday, July 25th

Thank you for your attention to this matter,

**Barbara L. Cook**
**Intake, Scheduling & EEOC Paralegal**

**KOLMAN ELY, P.C.**
**414 Hulmeville Avenue**
**Penndel, PA 19047**
**Phone (215) 750-3134, Ext. 116**
**Fax    (215) 750-3138**

www.kolmanelypc.com

This e-mail communication is intended only for the use of the recipient(s) named above. This communication (or its attachments, if any) may contain information that is confidential, sensitive, protected by the attorney-client privilege, or subject to other protections. If you have received this communication in error and are not an intended recipient, you are advised that any review, use, forwarding, distribution or disclosure of its contents is strictly prohibited and that any inadvertent receipt is not to be deemed a waiver of the attorney-client privilege, the work product doctrine, or any other protection to which this communication may be subject. If you are not the intended recipient (or an agent or employee authorized to receive this communication for the intended recipient), please contact the sender immediately by reply e-mail or by telephone at (215) 750-3134 and delete all copies of this communication from your computer.

Please be advised that sending an e-mail to this law firm, or receipt of an e-mail from this law firm, does not establish an attorney-client relationship with any attorney, or with the firm, in the absence of an executed written fee agreement personally signed by you and a representative of the firm, and that no e-mail communications or other correspondence sent to or received from this law firm shall be deemed to modify the terms of any currently-existing written fee agreement in the absence of a written modification agreement personally signed by you and a representative of the firm.

# Barbara Cook

**From:** Jubb, Lane R. <Lane.Jubb@BeasleyFirm.com>
**Sent:** Wednesday, May 23, 2018 12:10 PM
**To:** Barbara Cook
**Cc:** Timothy Kolman; W. Charles Sipio; Wayne Ely; Beasley Jr., James
**Subject:** RE: Bose v. lane's Valley Forge Aviation, Inc.

I am not available on 6/22. I can be available on 6/25 at 10:30am.
Lane

**Lane R. Jubb, Jr., Esq.**
**THE BEASLEY FIRM, LLC.**
1125 Walnut St.
Philadelphia, Pa 19107
215-592-1000
215-592-8360 (Fax)

---

**From:** Barbara Cook [mailto:BCook@kolmanlaw.net]
**Sent:** Wednesday, May 23, 2018 11:11 AM
**To:** Jubb, Lane R.
**Cc:** Timothy Kolman; W. Charles Sipio; Wayne Ely
**Subject:** Bose v. lane's Valley Forge Aviation, Inc.

Good Morning Mr. Jubb,

I'm contacting you today to schedule your deposition for above-named matter on **Friday, June 22nd at 10AM**. Please confirm your availability.

Thank you for your attention to this matter,


Barbara L. Cook
Intake, Scheduling & EEOC Paralegal

KOLMAN ELY, P.C.
414 Hulmeville Avenue
Penndel, PA 19047
Phone (215) 750-3134, Ext. 116
Fax    (215) 750-3138

www.kolmanelypc.com

This e-mail communication is intended only for the use of the recipient(s) named above. This communication (or its attachments, if any) may contain information that is confidential, sensitive, protected by the attorney-client privilege, or subject to other protections. If you have received this communication in error and are not an intended recipient, you are advised that any review, use, forwarding, distribution or disclosure of its contents is strictly prohibited and that any inadvertent receipt is not to be deemed a waiver of the attorney-client privilege, the work product doctrine, or any other protection to which this communication may be subject. If you are not the intended recipient (or an agent or employee