IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYDEEP BOSE, <br><br> Plaintiff, <br><br> v. <br><br> LANE'S VALLEY FORGE AVIATION, INC., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 16-3924 |

## ORDER

**AND NOW**, this 8th day of January 2019, upon consideration of letter filed by counsel for Plaintiff, indicating the parties' joint request to cancel the final pretrial conference due to ongoing settlement discussions, it is **ORDERED** that the final pretrial conference currently scheduled for **January 11, 2019 at 4:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania is **CANCELLED**. The parties shall report the status of the settlement as soon as a final decision on the outcome is made.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

FILED
JAN 08 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk