THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYDEEP BOSE | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | |
| | : | |
| LANE'S VALLEY FORGE AVIATION, INC., | : | No. 2:16-cv-3924 |
| et al. | : | |
| Defendants. | : | |
| | : | |

## **DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S DEPOSITION**

1. Fact discovery closed in this matter on August 15, 2018.

2. A Settlement Conference was held on October 10, 2018 before The Honorable Carol Sandra Moore Wells.

3. At the Settlement Conference, the Plaintiff appeared in Court with at least six different binders containing several hundred pages of discoverable documents, which had not previously been produced.

4. The Court directed Plaintiff to produce copies of the documents to Defendants but he failed to do so.

5. On November 16, 2018, the parties appeared for a second conference, at which time Plaintiff produced yet another binder containing documents that he did not produce in discovery or at the October 10 conference.

6. The Court then issued an order requiring Plaintiff to produce those documents (and the six binder he brought to the first conference) to Defendants by November 20, 2018. (Doc #38).

7. Additionally, the Court told Plaintiff and Plaintiff's Counsel that he would need to appear for a deposition after Defendants received the documents.

_____
**BOSE V. LANE'S VALLEY FORGE AVIATION, INC., ET AL.**
**Defendants' Motion to Compel Plaintiff's Deposition**

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

8. Plaintiff did not comply with the Order and Counsel for Defendants wrote Plaintiff on December 4, 2018 to inquire on the status of the missing documents.

9. Defendants' counsel has repeatedly asked for Plaintiff's deposition, even unilaterally scheduling it because counsel for Plaintiff has refused to provide dates of client's availability.

10. Defendants' counsel has attempted to resolve this dispute by writing to counsel for Plaintiff. See correspondence, dated 30 January 2019 attached hereto as Exhibit "A".

11. Plaintiff's counsel has still not provided dates for Plaintiff's deposition.

12. In light of the several hundred documents that Plaintiff withheld during discovery, Plaintiff needs to appear for a deposition in order to allow Defendants to prepare for trial.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order in the proposed form attached hereto.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

BY: /s/James E. Beasley, Jr.
JAMES E. BEASLEY, JR., ESQUIRE
THE BEASLEY BUILDING
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000
215.592.8360 (telefax)
Attorneys for Defendants

Dated: 6 February 2019

2

_____
**BOSE V. LANE'S VALLEY FORGE AVIATION, INC., ET AL.**
**Defendants' Motion to Compel Plaintiff's Deposition**