IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYDEEP BOSE,<br><br>    Plaintiff,<br><br>v.<br><br>LANE'S VALLEY FORGE AVIATION,<br>INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 16-3924 |

## ORDER

**AND NOW**, this 21st day of March 2019, upon consideration of Plaintiff's Motion in Support of his Motion to Compel Discovery and For Sanctions (Doc. No. 54), a letter faxed to Chambers by Timothy Kolman, Esquire, dated March 5, 2019, a letter faxed to Chambers by James Beasley, Esquire, dated March 8, 2019, and in accordance with the statements and rulings of the Court during a telephone conference with counsel for the parties held on March 19, 2019 on the record, it is **ORDERED** that the Motion to Compel Discovery (Doc. No. 54) is **GRANTED**. It is **FURTHER ORDERED** that the Motion Sanctions (Doc. No. 54) in **DENIED**. The Clerk of Court shall docket the attached letters.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

ENT'D MAR 21 2019