**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYDEEP BOSE | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | |
| | : | |
| LANE'S VALLEY FORGE AVIATION, INC., et al. | : | No. 2:16-cv-3924 |
| | : | |
| Defendants. | : | |
| | : | |

### DEFENDANTS' RESPONSE TO THE MOTION OF KOLMAN ELY, P.C. TO WITHDRAW AS COUNSEL

Defendants, Lane's Valley Forge Aviation, Inc., Sandra Jubb, and Lane Richard Jubb, Jr., hereby respond to the Motion of Plaintiff's counsel Kolman Ely, P.C. to withdraw as counsel.  Defendants do not object to the withdrawal of Kolman Ely, P.C. as counsel to Mr. Bose, but the Defendants do object to Mr. Bose being given yet another opportunity to find counsel, as he has been through more than a dozen attorneys in this litigation.   Plaintiff has wholly refused to respond in any fashion to this Honorable Court's 4 March 2019 Order (ECF 57), which has caused continued delay, undue prejudice, and unnecessary expense to the defendants and their ability to properly defend this lawsuit.

In support of Defendants' Response, Defendants further aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part; Defendants would not object to *in camera* discussion if this Honorable Court so chose, to understand the nature of the issues motivating this Motion to Withdraw.

_____
**BOSE V. LANE'S VALLEY FORGE AVIATION, INC., ET AL.**
**Defendants' Response to the Motion of Kolman Ely, P.C. to Withdraw as Counsel**

5. Admitted in part; Defendants would not object to *in camera* discussion if this Honorable Court so chose, to understand the nature of the issues motivating this Motion to Withdraw.

6. Defendants do not object to Plaintiff's counsel withdrawing representation of the plaintiff; however, defense counsel does, however, object to any further delays, including additional delays in responding this Honorable Court's 4 March 2019 Order (ECF 57) or Defendants' Motion to Compel and for Sanctions (ECF 64).  The plaintiff has already exhausted over a dozen attorneys in his continued attempt to prosecute this claim, and Kolman Ely, P.C. is simply the most recent firm to withdraw as counsel.

7. Defendants have no reason to dispute this.

8. Defendants have no reason to dispute this.

9. Defendants object to any more delays in this litigation.   Mr. Bose has already been through more than a dozen attorneys, and Kolman Ely, P.C. is but the most recent lawfirm to terminate its relationship with Mr. Bose.  Mr. Bose has completely refuse to comply with this Honorable Court's 4 March 2019 Order (ECF 57) and must provide full and complete responses, and deposition dates, as they are over a month delayed.  Similarly, Defendants have a pending Motion to Compel and for Sanctions, with a response soon due.  Defendants respectfully request this Honorable Court rule on that Motion in the allotted timeframe without additional delay.

10. Denied as stated.  Mr. Bose has delayed responding to any mandate of this Honorable Court's 4 March 2019 Order (ECF 57) by over a month.   His failure to provide materials in accord with this Court's Rules and Orders, and by repeatedly changing counsel, has had a significantly and unnecessarily prejudicial effect on the

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

Defendants. Defendants, therefore, respectfully object to any additional time being given to Mr. Bose to find counsel. Mr. Bose should be ordered to comply with the 4 March 2019 Order and also Respond in the allotted time to Defendants' Motion to Compel and for Sanctions.

11. Defendants accept that "good cause" exists for Counsel's withdrawal; as written above the Defendants have no objection to, if desired, this Honorable Court speaking "*in camera"* with Plaintiff's counsel.

Wherefore, Defendants do not oppose the withdrawal of Kolman Ely, P.C. as counsel but do oppose any additional time being given to the Plaintiff for any reason.

    Respectfully submitted,

    **THE BEASLEY FIRM, LLC**

BY:   /s/James E. Beasley, Jr.
       JAMES E. BEASLEY, JR., ESQUIRE
       THE BEASLEY BUILDING
       1125 Walnut Street
       Philadelphia, PA 19107
       215.592.1000
       215.592.8360 (telefax)
       Attorneys for Defendants

Dated: 29 April 2019

3

_____
**BOSE V. LANE'S VALLEY FORGE AVIATION, INC., ET AL.**
**Defendants' Motion to Compel Discovery and for Sanctions**