IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYDEEP BOSE,<br><br>        Plaintiff,<br><br>v.<br><br>LANE'S VALLEY FORGE AVIATION, INC., et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 16-3924 |

## ORDER

**AND NOW**, this 17th day of October 2019, upon consideration of Defendants' Motion for Sanctions (Doc. No. 87), which has not been opposed, and for the reasons stated in the Opinion dated October 16, 2019, it is **ORDERED** that Defendants' Motion for Sanctions (Doc. No. 87) is **GRANTED** and this case is dismissed. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.