**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOYDEEP BOSE,** | : | |
|       **Plaintiff** | : | |
| | : | **CIVIL ACTION** |
| vs. | : | |
| | : | **NO. 16-3924** |
| **LANE'S VALLEY FORGE** | : | |
| **AVIATION, INC., et al.,** | : | |
|       **Defendants** | : | |

## JUDGMENT

**AND NOW**, this 18th day of December, 2019, judgment is hereby entered in favor of Defendants Lane's Valley Forge Aviation, Inc., Sandra Jubb, and Lane Richard Jubb, Jr., and against Plaintiff Joydeep Bose, in the amount of $999.00.

The Itemization for the Bill of Costs (Docket No. 94) lists "Copy, Postage, Delivery & Fax" as costs for exemplification and copies, but postage, delivery, and faxing costs are not taxable pursuant to 28 U.S.C. § 1920. Because the invoice does not identify the amounts claimed for each of those categories, it cannot be determined how much of the total amount claimed for exemplification and copies is taxable. The amount requested in the Defendants' Bill of Costs (Docket No. 93) is therefore reduced by $1,484.44.

                                                                            KATE BARKMAN
                                                                            Clerk of Court

                             By:     s/ Terry Milano
                                       Deputy Clerk